# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 16-349V
Filed:  December 29, 2016

\* \* \* \* \* \* \* \* \* \* \* \* \* \*
CANDACE L. HOLMES,

           Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

           Respondent.
\* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNPUBLISHED

Special Master Hamtilon-Fieldman

Joint Stipulation of Dismissal;
Vaccine Rule 21(a); No Judgment;
Order Concluding Proceedings

Nancy R. Meyers, Ward Black Law, Greensboro, NC, for Petitioner.
Claudia Gangi, United States Department of Justice, Washington, DC, for Respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

On March 17, 2016, Candace L. Holmes ("Petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 (2012). Petitioner alleged that the administration of a trivalent influenza ("flu") vaccine on January 14, 2015 caused her to develop pseudotumor cerebri.  Pet. at 1-2, ECF No. 1.

On December 23, 2016, Petitioner and Respondent submitted a joint Stipulation of Dismissal.  Stip., ECF No. 23.  Accordingly, pursuant to Vaccine Rule 21 (a) the above-captioned

---

[1]  Because this unpublished Order contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).  In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

        **IT IS SO ORDERED.**

<u>/s/Lisa D. Hamilton-Fieldman</u>
Lisa D. Hamilton-Fieldman
Special Master

2